■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARITA DAVIS, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Jonas, J.), rendered September 16, 1991.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES DUFFY, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered July 26, 1991.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.